1  Suzanne L. Martin
   Nevada Bar No. 8833
2  suzanne.martin@ogletreedeakins.com
3  Marcus B. Smith
   Nevada Bar No. 12098
4  brian.bradford@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
   Las Vegas, NV  89169
7  Telephone:  702.369.6800
8  Fax:  702.369.6888

9  *Attorneys for Defendant Hobby Lobby Stores, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HOBBY LOBBY STORES, INC.,<br><br>　　　　Defendant. | Case No.:  2:17-cv-00405-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT HOBBY LOBBY STORES, INC. TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant Hobby Lobby Stores, Inc. ("Defendant") hereby stipulate to an extension of time up to and including May 23, 2017, in which to respond to Plaintiff's Complaint.  This is the first request for an extension of time to respond to the Complaint.

. . .

. . .

. . .

. . .

. . .

. . .

Defendant recently retained counsel, and counsel requires adequate time to investigate the allegations and prepare an appropriate response to the Complaint. In addition, the parties are currently attempting to negotiate a settlement to this case. This request is sought in good faith and not for purposes of delay.

DATED this 26th day of April, 2017.

| | |
|---|---|
| THE WILCHER FIRM | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Whitney C. Wilcher | /s/ Suzanne L. Martin |
| Whitney C. Wilcher | Suzanne L. Martin |
| Nevada Bar No. 7212 | Nevada Bar No. 8833 |
| 8465 West Sahara Avenue Suite 111-236 | Marcus B. Smith |
| Las Vegas, NV 89117 | Nevada Bar No. 12098 |
| *Attorney for Plaintiff Kevin Zimmerman* | Wells Fargo Tower |
| | Suite 1500 |
| | 3800 Howard Hughes Parkway |
| | Las Vegas, NV 89169 |
| | *Attorneys for Defendant Hobby Lobby Stores, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 27, 2017

2