Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8645 West Sahara Avenue, Suite 111-236
Las Vegas, NV  89117
Telephone:  702.466.1959
Email:  wcw@nevadaada.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual, | Case No.:  2:17-cv-00405-GMN-GWF |
| Plaintiff, | |
| vs. | **JOINT STIPULATION OF DISMISSAL** |
| HOBBY LOBBY STORES, INC., | |
| Defendant. | |

It is hereby STIPULATED and AGREED that the above-entitled action is hereby dismissed with prejudice, with each party bearing his or its own costs and fees.

DATED this _____ day of July, 2017.

| | |
|---|---|
| THE WILCHER FIRM | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/  Whitney C. Wilcher* | */s/  Suzanne L. Martin* |
| Whitney C. Wilcher (7212) | Suzanne L. Martin (8833) |
| 8465 West Sahara Avenue | Marcus B. Smith (12098) |
| Suite 111-236 | 3800 Howard Hughes Parkway, Suite 1500 |
| Las Vegas, NV  89117 | Las Vegas, NV  89169 |
| *Attorney for Plaintiff Kevin Zimmerman* | *Attorneys for Defendant Hobby Lobby Stores, Inc.* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 20 day of July, 2017.